FILED
June 26, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. Mag. 06-0167-KJM |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| ADRIAN REYNOSO, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ADRIAN REYNOSO, Case No. Mag. 06-0167-KJM, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    _X_    Bail Posted in the Sum of $ 200,000.00

             ___    Unsecured Appearance Bond

             ___    Appearance Bond with 10% Deposit

             _X_    Appearance Bond with Surety

             ___    Corporate Surety Bail Bond

             _X_    (Other) Conditions as stated on the record

             _X_    (Other) To be released to the Third Party Custody of Sara Sexton

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  June 26, 2006  at 3:10 p.m.

By  /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge