1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   ADRIAN REYNOSO
7

8

9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,       ) No. Cr. S-06-0264 WBS
                                   )
14              Plaintiff,         )
                                   ) **STIPULATION AND ORDER CONTINUING**
15      v.                         ) **STATUS CONFERENCE AND EXCLUDING**
                                   ) **TIME**
16 ADRIAN REYNOSO,                 )
                                   )
17              Defendant.         ) Date:  September 20, 2006
                                   ) Time:  9:00 a.m.
18 _____ ) Judge: Hon. William B. Shubb

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21 of America, and defendant, Adrian Reynoso, through their respective

22 attorneys, that the status conference scheduled for September 20, 2006,

23 may be continued to October 18, 2006, at 9:00 a.m.

24      This is a new case and a number of issues remain to be researched

25 and resolved between the parties before the case may be further

26 scheduled.  So that both counsel have adequate time to prepare, the

27 parties agree that time under the Speedy Trial Act should be excluded

28 /////

1  through October 18, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
2  (B)(iv) (Local Code T4).

                                       Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

Dated: September 18, 2006              /s/ T. Zindel
                                       TIMOTHY ZINDEL
                                       Assistant Federal Defender
                                       Attorney for ADRIAN REYNOSO


                                       McGREGOR SCOTT
                                       United States Attorney


Dated: September 18, 2006              /s/ T. Zindel for J. Hitt
                                       JASON HITT
                                       Assistant U.S. Attorney


## O R D E R

The status conference is continued to October 18, 2006, at 9:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel for both parties reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.


Dated: September 19, 2006

                                       WILLIAM B. SHUBB
                                       UNITED STATES DISTRICT JUDGE

Stip. in U.S.A. v. A. Reynoso          -2-