DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ADRIAN REYNOSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. S-06-0264 WBS |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| ADRIAN REYNOSO, | ) | |
| Defendant. | ) | Date: October 18, 2006 |
| | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Adrian Reynoso, through their respective attorneys, that the status conference scheduled for October 18, 2006, may be continued to December 6, 2006, at 9:00 a.m.

A number of issues remain to be researched and resolved between the parties before the case may be further scheduled. The parties have agreed to meet regarding resolution of some of the issues between now and the next status conference. So that both counsel have adequate time to prepare, the parties agree that time under the Speedy Trial Act should be

1  excluded through December 6, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A)
2  and (B)(iv) (Local Code T4).
3
4                                       Respectfully submitted,
5                                       DANIEL J. BRODERICK
                                        Federal Defender
6
7  Dated:  October 16, 2006             /s/ T. Zindel
                                        TIMOTHY ZINDEL
8                                       Assistant Federal Defender
                                        Attorney for ADRIAN REYNOSO
9
10                                      McGREGOR SCOTT
                                        United States Attorney
11
12 Dated:  October 16, 2006             /s/ T. Zindel for J. Hitt
                                        JASON HITT
13                                      Assistant U.S. Attorney
14
15                            **O R D E R**
16     The status conference is continued to December 6, 2006, at 9:00 a.m.
17 The Court finds that time under the Speedy Trial Act shall be excluded
18 through that date in order to afford counsel for both parties reasonable
19 time to prepare.  Based on the parties' representations, the Court finds
20 that the ends of justice served by granting a continuance outweigh the
21 best interests of the public and the defendant in a speedy trial.
22     IT IS SO ORDERED.
23 Dated:  October 17, 2006
24
25                          WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE
26
27
28