1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   ADRIAN REYNOSO
7

8

9                  IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      )  No. Cr. S-06-0264 WBS
                                  )
14              Plaintiff,        )
                                  )  **STIPULATION AND ORDER CONTINUING**
15      v.                        )  **STATUS CONFERENCE AND EXCLUDING**
                                  )  **TIME**
16 ADRIAN REYNOSO,                )
                                  )
17              Defendant.        )  Date:  December 6, 2006
                                  )  Time:  9:00 a.m.
18 _____)  Judge: Hon. William B. Shubb

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21 of America, and defendant, Adrian Reynoso, through their respective

22 attorneys, that the status conference scheduled for December 6, 2006, may

23 be continued to January 22, 2007, at 8:30 a.m.

24      A number of issues are under investigation pending resolution of the

25 case, and the parties agree that the case may not be resolved or

26 scheduled until their investigations are concluded; they expect

27 investigation to continue into January 2007.  So that both counsel have

28 adequate time to prepare, the parties agree that time under the Speedy

1  Trial Act should be excluded through January 22, 2007, pursuant to 18

2  U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

3

4                                      Respectfully submitted,

5                                      DANIEL J. BRODERICK
                                       Federal Defender
6

7  Dated:  December 4, 2006            /s/ T. Zindel
                                       TIMOTHY ZINDEL
8                                      Assistant Federal Defender
                                       Attorney for ADRIAN REYNOSO
9

10                                     McGREGOR SCOTT
                                       United States Attorney
11

12 Dated:  December 4, 2006            /s/ T. Zindel for J. Hitt
                                       JASON HITT
13                                     Assistant U.S. Attorney

14

15                          **O R D E R**

16      The status conference is continued to January 22, 2007, at 8:30 a.m.

17 The Court finds that time under the Speedy Trial Act shall be excluded

18 through that date in order to afford counsel reasonable time to prepare.

19 Based on the parties' representations, the Court finds that the ends of

20 justice served by granting a continuance outweigh the best interests of

21 the public and the defendant in a speedy trial.

22      IT IS SO ORDERED.

23

24 Dated:  December 5, 2006

25
                    WILLIAM B. SHUBB
26                  UNITED STATES DISTRICT JUDGE

27

28

Stip. in U.S.A. v. A. Reynoso           -2-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28