1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   ADRIAN REYNOSO
7

8

9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,     )  No. Cr. S-06-0264 WBS
                                 )
14              Plaintiff,       )
                                 )  **STIPULATION AND ORDER CONTINUING**
15     v.                        )  **STATUS CONFERENCE AND EXCLUDING**
                                 )  **TIME**
16 ADRIAN REYNOSO,               )
                                 )
17              Defendant.       )  Date:  January 22, 2006
                                 )  Time:  8:30 a.m.
18 _____)  Judge: Hon. William B. Shubb

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21 of America, and defendant, Adrian Reynoso, through their respective

22 attorneys, that the status conference scheduled for January 22, 2007, may

23 be continued to February 12, 2007, at 8:30 a.m.

24      A number of issues are under investigation pending resolution of the

25 case, and the parties agree that the case may not be resolved or

26 scheduled until their investigations are concluded; they expect

27 investigation to continue through January 2007 and to meet before

28 February 12.  So that both counsel have adequate time to prepare, the

1 parties agree that time under the Speedy Trial Act should be excluded
2 through February 12, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
3 (B)(iv) (Local Code T4).

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

Dated: January 16, 2007        /s/ T. Zindel
                                          TIMOTHY ZINDEL
                                          Assistant Federal Defender
                                          Attorney for ADRIAN REYNOSO

                                          McGREGOR SCOTT
                                          United States Attorney

Dated: January 16, 2007        /s/ T. Zindel for J. Hitt
                                          JASON HITT
                                          Assistant U.S. Attorney

## O R D E R

The status conference is continued to February 12, 2007, at 8:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: January 17, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE