1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   ADRIAN REYNOSO
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,    )  No. Cr. S-06-0264 WBS
                                )
14                 Plaintiff,   )
                                )  **STIPULATION AND ORDER AMENDING**
15      v.                      )  **CONDITIONS OF RELEASE**
                                )
16 ADRIAN REYNOSO,              )
                                )
17                 Defendant.   )  Judge: Hon. Gregory G. Hollows
                                )
18 _____ )

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, Adrian Reynoso, through their respective
22 attorneys, that the conditions of release ordered by the magistrate judge
23 on June 20, 2006, may be amended to eliminate the condition requiring Mr.
24 Reynoso to submit to home monitoring as a condition of release.
25 Specifically, the parties agree to strike condition 11 of the conditions
26 imposed in the order of June 20, 2006.
27      Pretrial Services Officer Gina Faubion has advised defense counsel
28 that Mr. Reynoso has adhered to a home monitoring schedule for over six

1  months; has complied with all other conditions of release; and that his
2  mother has proved to be an effective third-party custodian. Considering
3  his good performance, she agree that the condition of home monitoring is
4  no longer necessary to secure his release. Accordingly, the parties
5  agree that Mr. Reynoso may be relieved of the condition, with all other
6  conditions to remain in effect.

7                                          DANIEL J. BRODERICK
                                           Federal Defender
8

9  Dated: January 19, 2007                 /s/ T. Zindel
                                           TIMOTHY ZINDEL
10                                         Assistant Federal Defender
                                           Attorney for ADRIAN REYNOSO
11

12                                         McGREGOR SCOTT
                                           United States Attorney
13

14 Dated: January 19, 2007                 /s/ T. Zindel for J. Hitt
                                           JASON HITT
15                                         Assistant U.S. Attorney

16

17                             **O R D E R**

18     Condition 11 of the release condition imposed on June 20, 2006,
19 requiring Mr. Reynoso to submit to home monitoring, is stricken. All
20 other conditions shall remain in force.
21     IT IS SO ORDERED.
22

23 Dated: 1/22/07                          /s/ Gregory G. Hollows
                                           _____
24                                         HON. GREGORY G. HOLLOWS
                                           United States District Judge
25
   reynoso.ord
26

27

28

Stip. amending release conditions        -2-