```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   ADRIAN REYNOSO
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S-06-0264 WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING** |
| | ) **STATUS CONFERENCE AND EXCLUDING** |
| v. | ) **TIME** |
| ADRIAN REYNOSO, | ) |
| | ) Date: February 12, 2007 |
| Defendant. | ) Time: 8:30 a.m. |
| _____ | ) Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Adrian Reynoso, through their respective attorneys, that the status conference scheduled for February 12 may be continued to March 5, 2007, at 8:30 a.m.

A number of issues are under investigation pending resolution of the case, but the parties are scheduled to meet again on February 21 to attempt to resolve their differences and, we hope, resolve the case by agreement. So that both counsel have adequate time to prepare and so that defense counsel has sufficient time to advise Mr. Reynoso about his

discussions, the parties agree that time under the Speedy Trial Act should be excluded through March 5, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: February 8, 2007          /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for ADRIAN REYNOSO


                                 McGREGOR SCOTT
                                 United States Attorney

Dated: February 8, 2007          /s/ T. Zindel for J. Hitt
                                 JASON HITT
                                 Assistant U.S. Attorney

**O R D E R**

The status conference is continued to March 5, 2007, at 8:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: February 9, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE