```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    ADRIAN REYNOSO
 7

 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S-06-0264 WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING** |
| | ) **STATUS CONFERENCE AND EXCLUDING** |
| v. | ) **TIME** |
| ADRIAN REYNOSO, | ) |
| | ) Date: March 5, 2007 |
| Defendant. | ) Time: 8:30 a.m. |
| | ) Judge: Hon. William B. Shubb |
| _____ | ) |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Adrian Reynoso, through their respective attorneys, that the status conference scheduled for March 5 may be continued to April 2, 2007, at 8:30 a.m.

    A number of issues are under investigation pending resolution of the case, but the parties are scheduled to meet again during the week of March 5 to attempt to resolve their differences and resolve the case by agreement. So that both counsel have adequate time to prepare and so that defense counsel has sufficient time to advise Mr. Reynoso about his

1 discussions, the parties agree that time under the Speedy Trial Act
2 should be excluded through April 2, 2007, pursuant to 18 U.S.C. §
3 3161(h)(8)(A) and (B)(iv) (Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: March 1, 2007           /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for ADRIAN REYNOSO


                               McGREGOR SCOTT
                               United States Attorney

Dated: March 1, 2007           /s/ T. Zindel for J. Hitt
                               JASON HITT
                               Assistant U.S. Attorney


**O R D E R**

The status conference is continued to April 2, 2007, at 8:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: March 2, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. in U.S.A. v. A. Reynoso           -2-