1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   ADRIAN REYNOSO
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      ) No. Cr. S-06-0264 WBS
                                  )
14             Plaintiff,         ) **STIPULATION AND ORDER CONTINUING**
                                  ) **STATUS CONFERENCE AND EXCLUDING**
15      v.                        ) **TIME**
                                  )
16 ADRIAN REYNOSO,                )
                                  ) Date:  May 7, 2007
17             Defendant.         ) Time:  8:30 a.m.
                                  ) Judge: Hon. William B. Shubb
18 _____)

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21 of America, and defendant, Adrian Reynoso, through their respective

22 attorneys, that the status conference scheduled for April 2 may be

23 continued to May 7, 2007, at 8:30 a.m.

24      A number of issues are under investigation pending resolution of the

25 case.  Counsel for the parties met this morning to consider possible

26 resolutions but their proposals await review by others involved in the

27 decision-making process.  So that both counsel have adequate time to

28 prepare and so that defense counsel has sufficient time to advise Mr.

1 Reynoso about his discussions, the parties agree that time under the
2 Speedy Trial Act should be excluded through May 7, 2007, pursuant to 18
3 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: March 29, 2007    /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for ADRIAN REYNOSO

McGREGOR SCOTT
United States Attorney

Dated: March 29, 2007    /s/ T. Zindel for J. Hitt
JASON HITT
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to May 7, 2007, at 8:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: April 2, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. in U.S.A. v. A. Reynoso        -2-