1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   ADRIAN REYNOSO
7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      ) No. Cr. S-06-0264 WBS
                                  )
14            Plaintiff,          ) **STIPULATION AND ORDER CONTINUING**
                                  ) **STATUS CONFERENCE AND EXCLUDING**
15       v.                       ) **TIME**
                                  )
16 ADRIAN REYNOSO,                )
                                  ) Date: May 7, 2007
17            Defendant.          ) Time: 8:30 a.m.
                                  ) Judge: Hon. William B. Shubb
18 _____)

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21 of America, and defendant, Adrian Reynoso, through their respective

22 attorneys, that the status conference scheduled for May 7 may be

23 continued to June 18, 2007, at 8:30 a.m.

24      Defense counsel continues to gather information that may be useful

25 to to both parties in resolving the case.  Additional time is needed to

26 obtain these materials and for the parties to complete their

27 negotiations.  So that all counsel have adequate time to prepare and so

28 that defense counsel has sufficient time to advise Mr. Reynoso about his

1  discussions, the parties agree that time under the Speedy Trial Act
2  should be excluded through June 18, 2007, pursuant to 18 U.S.C. §
3  3161(h)(8)(A) and (B)(iv) (Local Code T4).

4                                        Respectfully submitted,

5                                        DANIEL J. BRODERICK
                                         Federal Defender
6

7  Dated: May 3, 2007                    /s/ T. Zindel
                                         TIMOTHY ZINDEL
8                                        Assistant Federal Defender
                                         Attorney for ADRIAN REYNOSO
9

10                                       McGREGOR SCOTT
                                         United States Attorney
11

12 Dated: May 3, 2007                    /s/ T. Zindel for J. Hitt
                                         JASON HITT
13                                       Assistant U.S. Attorney

14

15                              **O R D E R**

16      The status conference is continued to June 18, 2007, at 8:30 a.m.
17 The Court finds that time under the Speedy Trial Act shall be excluded
18 through that date in order to afford counsel reasonable time to prepare.
19 Based on the parties' representations, the Court finds that the ends of
20 justice served by granting a continuance outweigh the best interests of
21 the public and the defendant in a speedy trial.
22      IT IS SO ORDERED.

23

24 Dated: May 3, 2007

25
                                         _____
26                                       WILLIAM B. SHUBB
                                         UNITED STATES DISTRICT JUDGE
27

28

Stip. in U.S.A. v. A. Reynoso              -2-