DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ADRIAN REYNOSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S-06-0264 WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING** |
| | ) **STATUS CONFERENCE AND EXCLUDING** |
| v. | ) **TIME** |
| ADRIAN REYNOSO, | ) |
| | ) Date: June 18, 2007 |
| Defendant. | ) Time: 8:30 a.m. |
| | ) Judge: Hon. William B. Shubb |
| _____ | ) |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Adrian Reynoso, through their respective attorneys, that the status conference scheduled for June 18 may be continued to August 13, 2007, at 8:30 a.m.

   Defense counsel continues to gather information that may be useful to both parties in resolving the case. Additional time is needed to obtain these materials and for the parties to complete their negotiations. So that all counsel have adequate time to prepare and so that defense counsel has sufficient time to advise Mr. Reynoso about his

1  discussions, the parties agree that time under the Speedy Trial Act
2  should be excluded through August 13, 2007, pursuant to 18 U.S.C. §
3  3161(h)(8)(A) and (B)(iv) (Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: June 14, 2007                /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for ADRIAN REYNOSO


                                    McGREGOR SCOTT
                                    United States Attorney


Dated: June 14, 2007                /s/ T. Zindel for J. Hitt
                                    JASON HITT
                                    Assistant U.S. Attorney


**O R D E R**

The status conference is continued to August 13, 2007, at 8:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: June 15, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE