```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    ADRIAN REYNOSO
 7

 8

 9                IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    )  No. Cr. S-06-0264 WBS
                                 )
14            Plaintiff,         )  STIPULATION AND ORDER CONTINUING
                                 )  STATUS CONFERENCE AND EXCLUDING
15       v.                      )  TIME
                                 )
16  ADRIAN REYNOSO,              )
                                 )  Date:  August 13, 2007
17            Defendant.         )  Time:  8:30 a.m.
                                 )  Judge: Hon. William B. Shubb
18  _____)

19
```

20       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21  of America, and defendant, Adrian Reynoso, through their respective
22  attorneys, that the status conference scheduled for August 13 may be
23  continued to September 24, 2007, at 8:30 a.m.
24       Defense counsel continues to gather information that may be useful
25  to both parties in resolving the case.  Additional time is needed to
26  obtain these materials and for the parties to complete their
27  negotiations.  So that all counsel have adequate time to prepare and so
28  that defense counsel has sufficient time to advise Mr. Reynoso about his

1  discussions, the parties agree that time under the Speedy Trial Act
2  should be excluded through September 24, 2007, pursuant to 18 U.S.C. §
3  3161(h)(8)(A) and (B)(iv) (Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: August 8, 2007                   /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for ADRIAN REYNOSO


                                        McGREGOR SCOTT
                                        United States Attorney


Dated: August 8, 2007                   /s/ T. Zindel for J. Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney


## O R D E R

The status conference is continued to September 24, 2007, at 8:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.


Dated: August 10, 2007

                                        _____
                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE


Stip. in U.S.A. v. A. Reynoso          -2-