DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ADRIAN REYNOSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>ADRIAN REYNOSO,<br><br>         Defendant.<br>_____ | No. 2:06-cr-0264 WBS<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  September 24, 2007<br>Time:  8:30 a.m.<br>Judge: Hon. William B. Shubb |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Adrian Reynoso, through their respective attorneys, that the status conference scheduled for September 24 may be continued to October 29, 2007, at 8:30 a.m.

   Defense counsel continues to gather information that may be useful to both parties in resolving the case.  Meanwhile, counsel for both parties will be in jury trial during the remainder of September and much of October.  In order to afford additional time to obtain materials and to afford continuity of counsel, the parties agree that time under the

1  Speedy Trial Act should be excluded through October 29, 2007, pursuant to
2  18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).
3                                         Respectfully submitted,
4                                         DANIEL J. BRODERICK
                                          Federal Defender
5
6  Dated: September 20, 2007              /s/ T. Zindel
                                          TIMOTHY ZINDEL
7                                         Assistant Federal Defender
                                          Attorney for ADRIAN REYNOSO
8
9                                         McGREGOR SCOTT
                                          United States Attorney
10
11 Dated: September 20, 2007              /s/ T. Zindel for J. Hitt
                                          JASON HITT
12                                        Assistant U.S. Attorney
13

## O R D E R

15   The status conference is continued to October 29, 2007, at 8:30 a.m.
16 The Court finds that time under the Speedy Trial Act shall be excluded
17 through that date in order to afford counsel reasonable time to prepare.
18 Based on the parties' representations, the Court finds that the ends of
19 justice served by granting a continuance outweigh the best interests of
20 the public and the defendant in a speedy trial.
21    IT IS SO ORDERED.
22
23 Dated: September 20, 2007

                                          WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE

Stip. in U.S.A. v. A. Reynoso            -2-