DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ADRIAN REYNOSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-0264 WBS |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING** |
| ) | **STATUS CONFERENCE AND EXCLUDING** |
| v. ) | **TIME** |
| ) | |
| ADRIAN REYNOSO, ) | |
| ) | Date: October 29, 2007 |
| Defendant. ) | Time: 8:30 a.m. |
| ) | Judge: Hon. William B. Shubb |
| _____ ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Adrian Reynoso, through their respective attorneys, that the status conference scheduled for October 29, 2007 may be continued to December 10, 2007, at 8:30 a.m.

   Defense counsel continues to gather information that may be useful to both parties in resolving the case. Counsel for the government is currently in trial, and outstanding issues need to be resolved. In order to afford additional time to obtain materials and to afford continuity of counsel, the parties agree that time under the Speedy Trial Act should be

1  excluded through December 10, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A)
2  and (B)(iv) (Local Code T4).
3                                          Respectfully submitted,
4                                          DANIEL J. BRODERICK
                                           Federal Defender
5
6  Dated: October 25, 2007                 /s/ T. Zindel
                                           TIMOTHY ZINDEL
7                                          Assistant Federal Defender
                                           Attorney for ADRIAN REYNOSO
8
9                                          McGREGOR SCOTT
                                           United States Attorney
10
11 Dated: October 25, 2007                 /s/ T. Zindel for J. Hitt
                                           JASON HITT
12                                         Assistant U.S. Attorney
13
14                              **O R D E R**

15      The status conference is continued to December 10, 2007, at
16 8:30 a.m.  The Court finds that time under the Speedy Trial Act shall be
17 excluded through that date in order to afford counsel reasonable time to
18 prepare.  Based on the parties' representations, the Court finds that the
19 ends of justice served by granting a continuance outweigh the best
20 interests of the public and the defendant in a speedy trial.
21      IT IS SO ORDERED.
22 Dated: October 30, 2007
23
24                              WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE
25
26
27
28

Stip. in U.S.A. v. A. Reynoso           -2-