DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ADRIAN REYNOSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-0264 WBS |
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) ) | |
| ADRIAN REYNOSO, | ) ) | Date: December 10, 2007 |
| Defendant. | ) ) | Time: 8:30 a.m. Judge: Hon. William B. Shubb |
| _____ | ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Adrian Reynoso, through their respective attorneys, that the status conference scheduled for December 10, 2007 may be continued to January 28, 2008, at 8:30 a.m.

   Defense counsel continues to gather information that may be useful to both parties in resolving the case. Because counsel for the government has been in trial, outstanding issues need to be resolved. In order to afford additional time to obtain materials and to afford continuity of counsel, the parties agree that time under the Speedy Trial

1  Act should be excluded through January 28, 2008, pursuant to 18 U.S.C. §
2  3161(h)(8)(A) and (B)(iv) (Local Code T4).
3                                                     Respectfully submitted,
4                                                     DANIEL J. BRODERICK
                                                   Federal Defender
5
6  Dated: December 6, 2007          /s/ T. Zindel
                                                   TIMOTHY ZINDEL
7                                                   Assistant Federal Defender
                                                 Attorney for ADRIAN REYNOSO
8
9                                                   McGREGOR SCOTT
                                                 United States Attorney
10
11 Dated: December 6, 2007          /s/ T. Zindel for J. Hitt
                                                 JASON HITT
12                                                  Assistant U.S. Attorney
13
14                                       **O R D E R**

15    The status conference is continued to January 28, 2008, at
16 8:30 a.m.  The Court finds that time under the Speedy Trial Act shall be
17 excluded through that date in order to afford counsel reasonable time to
18 prepare.  Based on the parties' representations, the Court finds that the
19 ends of justice served by granting a continuance outweigh the best
20 interests of the public and the defendant in a speedy trial.
21    IT IS SO ORDERED.
22 Dated: December 6, 2007
23
24                         WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE
25
26
27
28