```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    ADRIAN REYNOSO
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    ) No. 2:06-cr-0264 WBS
                                 )
14              Plaintiff,       ) STIPULATION AND ORDER CONTINUING
                                 ) STATUS CONFERENCE AND EXCLUDING
15       v.                      ) TIME
                                 )
16  ADRIAN REYNOSO,              )
                                 ) Date:  January 28, 2008
17              Defendant.       ) Time:  8:30 a.m.
                                 ) Judge: Hon. William B. Shubb
18  _____)

19
```

20   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, Adrian Reynoso, through their respective
22 attorneys, that the status conference scheduled for January 28, 2008 may
23 be continued to March 3, 2008, at 8:30 a.m.

24   The parties continue to gather information and explore resolutions
25 and have a number of outstanding issues that need to be resolved. In
26 order to afford additional time to obtain materials and to afford
27 continuity of counsel, the parties agree that time under the Speedy Trial
28 Act should be excluded through March 3, 2008, pursuant to 18 U.S.C. §

1  3161(h)(8)(A) and (B)(iv) (Local Code T4).

                                       Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

Dated: January 17, 2008                /s/ T. Zindel
                                       TIMOTHY ZINDEL
                                       Assistant Federal Defender
                                       Attorney for ADRIAN REYNOSO


                                       McGREGOR SCOTT
                                       United States Attorney


Dated: January 17, 2008                /s/ T. Zindel for J. Hitt
                                       JASON HITT
                                       Assistant U.S. Attorney


**O R D E R**

The status conference is continued to March 3, 2008 at 8:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: January 23, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE