DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ADRIAN REYNOSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-264 WBS |
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| ADRIAN REYNOSO, | ) | Date: March 3, 2008 |
| Defendant. | ) | Time: 8:30 a.m. |
| | ) | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Adrian Reynoso, through their respective attorneys, that the status conference scheduled for March 3, 2008 may be continued to April 7, 2008, at 8:30 a.m.

The parties continue to gather information and explore resolutions and have a number of outstanding issues that need to be resolved. In order to afford additional time to obtain materials and to afford continuity of counsel, the parties agree that time under the Speedy Trial Act should be excluded through April 7, 2008, pursuant to 18 U.S.C. §

1  3161(h)(8)(A) and (B)(iv) (Local Code T4).

                                   Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender

Dated: February 27, 2008           /s/ T. Zindel
                                   TIMOTHY ZINDEL
                                   Assistant Federal Defender
                                   Attorney for ADRIAN REYNOSO


                                   McGREGOR SCOTT
                                   United States Attorney


Dated: February 27, 2008           /s/ T. Zindel for J. Hitt
                                   JASON HITT
                                   Assistant U.S. Attorney


**O R D E R**

The status conference is continued to April 7, 2008 at 8:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

   IT IS SO ORDERED.

Dated: February 28, 2008

                            _____
                            WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE

Stip. in U.S.A. v. A. Reynoso          -2-