```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    ADRIAN REYNOSO
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-264 WBS |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. ) | |
| ADRIAN REYNOSO, ) | Date: April 7, 2008 |
| Defendant. ) | Time: 8:30 a.m. |
| _____ ) | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, ADRIAN REYNOSO, through their respective attorneys, that the status conference scheduled for April 7, 2008 may be continued to May 12, 2008, at 8:30 a.m.

The parties continue to gather information and explore resolutions and have a number of outstanding issues that need to be resolved. In order to afford additional time to obtain materials and to afford continuity of counsel, the parties agree that time under the Speedy Trial Act should be excluded through May 12, 2008, pursuant to 18 U.S.C. §

3161(h)(8)(A) and (B)(iv) (Local Code T4).

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

Dated: April 3, 2008                /s/ T. Zindel
                                          TIMOTHY ZINDEL
                                          Assistant Federal Defender
                                          Attorney for ADRIAN REYNOSO


                                          McGREGOR SCOTT
                                          United States Attorney

Dated: April 3, 2008                /s/ T. Zindel for J. Hitt
                                          JASON HITT
                                          Assistant U.S. Attorney


**O R D E R**

The status conference is continued to May 12, 2008 at 8:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    IT IS SO ORDERED.

Dated: April 3, 2008

                                          WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE