DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ADRIAN REYNOSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>ADRIAN REYNOSO,<br><br>        Defendant. | No. CR-S-06-264 WBS<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  May 12, 2008<br>Time:  8:30 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, ADRIAN REYNOSO, through their respective attorneys, that the status conference scheduled for May 12, 2008 may be continued to June 23, 2008, at 8:30 a.m.

The parties are continuing in their efforts to gather information and explore resolutions and have a number of outstanding issues that are yet to be resolved. In order to afford additional time to obtain materials and to afford continuity of counsel, the parties agree that time under the Speedy Trial Act should be excluded through June 23, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

```
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated: May 7, 2008                  /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for ADRIAN REYNOSO


                                    McGREGOR SCOTT
                                    United States Attorney


Dated: May 7, 2008                  /s/ T. Zindel for J. Hitt
                                    JASON HITT
                                    Assistant U.S. Attorney
```

## O R D E R

The status conference is continued to June 23, 2008 at 8:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: May 9, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE