```
DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ADRIAN REYNOSO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-264 WBS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING** |
| | ) | **STATUS CONFERENCE AND EXCLUDING** |
| v. | ) | **TIME** |
| | ) | |
| ADRIAN REYNOSO, | ) | |
| | ) | Date:  June 23, 2008 |
| Defendant. | ) | Time:  8:30 a.m. |
| | ) | Judge: Hon. William B. Shubb |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, ADRIAN REYNOSO, through their respective attorneys, that the status conference scheduled for June 23, 2008 may be continued to August 11, 2008, at 8:30 a.m.

The parties continue in their efforts to gather information and explore resolutions and have a number of outstanding issues that are yet to be resolved.  In order to afford additional time to obtain materials and to afford continuity of counsel, the parties agree that time under the Speedy Trial Act should be excluded through August 11, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

|   |   |
|---|---|
| | Respectfully submitted, |
| | DANIEL J. BRODERICK<br>Federal Defender |
| Dated: June 19, 2008 | /s/ T. Zindel<br>TIMOTHY ZINDEL<br>Assistant Federal Defender<br>Attorney for ADRIAN REYNOSO |
| | McGREGOR SCOTT<br>United States Attorney |
| Dated: June 19, 2008 | /s/ T. Zindel for J. Hitt<br>JASON HITT<br>Assistant U.S. Attorney |

**O R D E R**

The status conference is continued to August 11, 2008 at 8:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: June 20, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28