DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ADRIAN REYNOSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>ADRIAN REYNOSO,<br><br>              Defendant.<br>_____ | No. 2:06-CR-264 WBS<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date:  August 11, 2008<br>Time:  8:30 a.m.<br>Judge: Hon. William B. Shubb |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, ADRIAN REYNOSO, through their respective attorneys, that the status conference scheduled for August 11, 2008 may be continued to September 29, 2008, at 8:30 a.m.

   The parties continue in their efforts to gather information and explore resolutions and have a number of outstanding issues that are yet to be resolved. In order to afford additional time to obtain materials and to afford continuity of counsel, the parties agree that time under

/ / /

/ / /

1  the Speedy Trial Act should be excluded through September 29, 2008,
2  pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

3                                          Respectfully submitted,

4                                          DANIEL J. BRODERICK
                                           Federal Defender
5

6  Dated: August 7, 2008                   /s/ T. Zindel
                                           TIMOTHY ZINDEL
7                                          Assistant Federal Defender
                                           Attorney for ADRIAN REYNOSO
8

9                                          McGREGOR SCOTT
                                           United States Attorney
10

11 Dated: August 7, 2008                   /s/ T. Zindel for J. Hitt
                                           JASON HITT
12                                         Assistant U.S. Attorney

13

14                              **O R D E R**

15      The status conference is continued to September 29, 2008 at 8:30
16 a.m.  The Court finds that time under the Speedy Trial Act shall be
17 excluded through that date in order to afford counsel reasonable time to
18 prepare.  Based on the parties' representations, the Court finds that the
19 ends of justice served by granting a continuance outweigh the best
20 interests of the public and the defendant in a speedy trial.
21      IT IS SO ORDERED.
22 Dated: August 7, 2008

                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE