1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  ADRIAN REYNOSO

7

8

9              IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,        ) No. 2:06-CR-264 WBS
                                     )
13                   Plaintiff,      ) **STIPULATION AND ORDER**
                                     ) **CONTINUING STATUS CONFERENCE**
14        v.                         ) **AND EXCLUDING TIME**
                                     )
15  ADRIAN REYNOSO,                  )
                                     ) Date:  November 3, 2008
16                   Defendant.      ) Time:  8:30 a.m.
                                     ) Judge: Hon. William B. Shubb
17  _____ )

18

19       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

20  of America, and defendant, ADRIAN REYNOSO, through their respective

21  attorneys, that the status conference scheduled for November 3, 2008 may

22  be continued to December 15, 2008, at 8:30 a.m.

23       The parties continue in their efforts to gather information and

24  explore resolutions and have a number of outstanding issues that are yet

25  to be resolved.  In order to afford additional time to obtain materials

26  and to afford continuity of counsel, the parties agree that time under

27  / / /

28  / / /

1  the Speedy Trial Act should be excluded through December 15, 2008,

2  pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

3                                       Respectfully submitted,

4                                       DANIEL J. BRODERICK
                                        Federal Defender

5

6  Dated: October 31, 2008             /s/ T. Zindel
                                        TIMOTHY ZINDEL
7                                       Assistant Federal Defender
                                        Attorney for ADRIAN REYNOSO

8

9                                       McGREGOR SCOTT
                                        United States Attorney

10

11  Dated: October 31, 2008            /s/ T. Zindel for J. Hitt
                                        JASON HITT
12                                      Assistant U.S. Attorney

13

14                          **O R D E R**

15      The status conference is continued to December 15, 2008 at 8:30 a.m.

16  The Court finds that time under the Speedy Trial Act shall be excluded

17  through that date in order to afford counsel reasonable time to prepare.

18  Based on the parties' representations, the Court finds that the ends of

19  justice served by granting a continuance outweigh the best interests of

20  the public and the defendant in a speedy trial.

21      IT IS SO ORDERED.

22  Dated: October 31, 2008

23

24  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

25

26

27

28

Stip/U.S.A. v. A. Reynoso              -2-