DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ADRIAN REYNOSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:06-CR-264 WBS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| ADRIAN REYNOSO, | ) | |
| | ) | Date:  January 20, 2009 |
| Defendant. | ) | Time:  8:30 a.m. |
| | ) | Judge: Hon. William B. Shubb |
| _____ | ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, ADRIAN REYNOSO, through their respective attorneys, that the status conference scheduled for January 20, 2009 may be continued to February 23, 2009, at 8:30 a.m.

   The parties continue in their efforts to gather information and explore resolutions and have a number of outstanding issues that are yet to be resolved.  In order to afford additional time to obtain materials and to afford continuity of counsel, the parties agree that time under

/ / /

/ / /

1  the Speedy Trial Act should be excluded through February 23, 2009,
2  pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: January 15, 2009    /s/ T. Zindel
                           TIMOTHY ZINDEL
                           Assistant Federal Defender
                           Attorney for ADRIAN REYNOSO


                           McGREGOR SCOTT
                           United States Attorney

Dated: January 15, 2009    /s/ T. Zindel for J. Hitt
                           JASON HITT
                           Assistant U.S. Attorney


**O R D E R**

The status conference is continued to February 23, 2009 at 8:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: January 16, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE