```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  ADRIAN REYNOSO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-CR-00264-WBS |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| ADRIAN REYNOSO, | Date:  February 23, 2009 |
| Defendant. | Time:  8:30 a.m. |
| | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, ADRIAN REYNOSO, through their respective attorneys, that the status conference scheduled for February 23, 2009 may be continued to April 20, 2009, at 8:30 a.m.

Defense recently acquired additional information to provide to the government regarding a potential resolution. Also, defense counsel will be unavailable due to trial in a complex case. In order to afford additional time to obtain materials and to afford continuity of counsel,

/ / /

/ / /

the parties agree that time under the Speedy Trial Act should be excluded through April 20, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
Federal Defender

Dated: February 19, 2009        /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for ADRIAN REYNOSO

                                    LAWRENCE G. BROWN
Acting United States Attorney

Dated: February 19, 2009        /s/ T. Zindel for J. Hitt
JASON HITT
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to April 20, 2009 at 8:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: February 20, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE