1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  ADRIAN REYNOSO

7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,      ) No. 2:06-CR-264 WBS
                                  )
13              Plaintiff,        ) **STIPULATION AND ORDER**
                                  ) **CONTINUING STATUS CONFERENCE**
14      v.                        ) **AND EXCLUDING TIME**
                                  )
15 ADRIAN REYNOSO,                )
                                  ) Date:  April 20, 2009
16              Defendant.        ) Time:  8:30 a.m.
                                  ) Judge: Hon. William B. Shubb
17 _____)

18

19      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
20 of America, and defendant, ADRIAN REYNOSO, through their respective
21 attorneys, that the status conference scheduled for April 20, 2009 may be
22 continued to June 22, 2009, at 8:30 a.m.
23      Defense counsel is currently in a complex jury trial in the case of
24 U.S. v. Caza, et al., CR-S-06-058 FCD, and expects it to last
25 approximately until the end of May.  Also, Defense preparation and
26 investigation is ongoing.  The parties agree that time under the Speedy
27 ///
28 ///

| | |
|---|---|
| 1 | Trial Act should be excluded through June 22, 2009, pursuant to 18 U.S.C. |
| 2 | § 3161(h)(8)(A) and (B)(iv) (Local Code T4). |

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: April 15, 2009                /s/ T. Zindel
                                     TIMOTHY ZINDEL
                                     Assistant Federal Defender
                                     Attorney for ADRIAN REYNOSO


                                     LAWRENCE G. BROWN
                                     Acting United States Attorney


Dated: April 15, 2009                /s/ T. Zindel for J. Hitt
                                     JASON HITT
                                     Assistant U.S. Attorney


**O R D E R**

The status conference is continued to June 22, 2009 at 8:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: April 16, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE