```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  ADRIAN REYNOSO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:06-CR-264 WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| ADRIAN REYNOSO, | ) |
| | ) Date: June 22, 2009 |
| Defendant. | ) Time: 8:30 a.m. |
| _____ | ) Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, ADRIAN REYNOSO, through their respective attorneys, that the status conference scheduled for June 22, 2009 may be continued to August 17, 2009, at 8:30 a.m.

Defense counsel is currently in a complex jury trial in the case of U.S. v. Caza, et al., CR-S-06-058 FCD, and expects it to last approximately until the end of June. Also, Defense preparation and investigation is ongoing. The parties agree that time under the Speedy

///

///

1  Trial Act should be excluded through August 17, 2009, pursuant to 18
2  U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).
3                                          Respectfully submitted,
4                                          DANIEL J. BRODERICK
                                           Federal Defender
5
6  Dated: June 16, 2009                    /s/ T. Zindel
                                           TIMOTHY ZINDEL
7                                          Assistant Federal Defender
                                           Attorney for ADRIAN REYNOSO
8
9                                          LAWRENCE G. BROWN
                                           Acting United States Attorney
10
11 Dated: June 16, 2009                    /s/ T. Zindel for J. Hitt
                                           JASON HITT
12                                         Assistant U.S. Attorney
13
14                              **O R D E R**
15      The status conference is continued to August 17, 2009 at 8:30 a.m.
16 The Court finds that time under the Speedy Trial Act shall be excluded
17 through that date in order to afford counsel reasonable time to prepare.
18 Based on the parties' representations, the Court finds that the ends of
19 justice served by granting a continuance outweigh the best interests of
20 the public and the defendant in a speedy trial.
21      IT IS SO ORDERED.
22 Dated: June 16, 2009

                                           WILLIAM B. SHUBB
                                           UNITED STATES DISTRICT JUDGE