```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

    Attorney for Defendant
 6  ADRIAN REYNOSO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:06-CR-264 WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| ADRIAN REYNOSO, | ) |
| | ) Date:  August 17, 2009 |
| Defendant. | ) Time:  8:30 a.m. |
| | ) Judge: Hon. William B. Shubb |
| _____ | ) |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Adrian Reynoso, through their respective attorneys, that the status conference scheduled for August 17, 2009 may be continued to September 28, 2009, at 8:30 a.m.

   Defense counsel has been occupied in a jury trial since mid-March, leaving counsel unable to meet with Mr. Green.  Now that trial is over, counsel for both parties intend to meet in an effort to resolve their remaining differences.  Also, Defense preparation and investigation is

1  ongoing.  The parties agree that time under the Speedy Trial Act should
2  be excluded through September 28, 2009, pursuant to 18 U.S.C. §
3  3161(h)(7)(A) and (B)(iv) (Local Code T4).

4                                            Respectfully submitted,

5                                            DANIEL J. BRODERICK
   Federal Defender

7  Dated: August 11, 2009        /s/ T. Zindel
   TIMOTHY ZINDEL
8  Assistant Federal Defender
   Attorney for ADRIAN REYNOSO

10                                           LAWRENCE G. BROWN
   Acting United States Attorney

12 Dated: August 11, 2009        /s/ T. Zindel for J. Hitt
   JASON HITT
13 Assistant U.S. Attorney

15 **O R D E R**

16     The status conference is continued to September 28, 2009 at 8:30
17 a.m.  The Court finds that time under the Speedy Trial Act shall be
18 excluded through that date in order to afford counsel reasonable time to
19 prepare.  Based on the parties' representations, the Court finds that the
20 ends of justice served by granting a continuance outweigh the best
21 interests of the public and the defendant in a speedy trial.

22     IT IS SO ORDERED.
23 Dated: August 11, 2009

                                            WILLIAM B. SHUBB
                                            UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip/<u>U.S.A. v. A. Reynoso</u>              -3-