```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    ADRIAN REYNOSO
 7

 8
```

                    IN THE UNITED STATES DISTRICT COURT

                    FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-CR-0264 WBS |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| ADRIAN REYNOSO, ) | |
| ) | Date: September 28, 2009 |
| Defendant. ) | Time: 8:30 a.m. |
| ) | Judge: Hon. William B. Shubb |
| _____ ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Adrian Reynoso, through their respective attorneys, that the status conference scheduled for September 28, 2009, may be continued to November 2, 2009, at 8:30 a.m.

   Defense counsel continues to gather information that may be useful to both parties in resolving the case and intends to update the information he has already gathered and present it to the government during the month of October.  To afford time to consider the updated materials, the parties agree that time under the Speedy Trial Act should

1  be excluded through November 2, 2009, pursuant to 18 U.S.C. §
2  3161(h)(7)(A) and (B)(iv).

3                                    Respectfully submitted,

4                                    DANIEL J. BRODERICK
                                     Federal Defender
5

6  Dated:  September 24, 2009        /s/ T. Zindel
                                     TIMOTHY ZINDEL
7                                    Assistant Federal Defender
                                     Attorney for ADRIAN REYNOSO
8

9                                    LAWRENCE BROWN
                                     United States Attorney
10

11 Dated:  September 24, 2009        /s/ T. Zindel for J. Hitt
                                     JASON HITT
12                                   Assistant U.S. Attorney

13

14                               **O R D E R**

15      The status conference is continued to November 2, 2009, at 8:30 a.m.
16 The Court finds that time under the Speedy Trial Act shall be excluded
17 through that date in order to afford counsel reasonable time to prepare.
18 Based on the parties' representations, the Court finds that the ends of
19 justice served by granting a continuance outweigh the best interests of
20 the public and the defendant in a speedy trial.
21      IT IS SO ORDERED.
22

23 Dated: September 25, 2009
24                                    _____
25                                    WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE
26
27
28

Stip. in U.S.A. v. A. Reynoso         -2-