```
DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ADRIAN REYNOSO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,   ) | No. 2:06-CR-0264 WBS |
|---|---|
| Plaintiff,   ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v.   ) | **AND EXCLUDING TIME** |
| ) | |
| ADRIAN REYNOSO,   ) | |
| ) | Date:  November 2, 2009 |
| Defendant.   ) | Time:  8:30 a.m. |
| ) | Judge: Hon. William B. Shubb |
| _____ ) | |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Adrian Reynoso, through their respective attorneys, that the status conference scheduled for November 2, 2009, may be continued to December 14, 2009, at 8:30 a.m.

    Defense counsel continues to gather information that may be useful to both parties in resolving the case and intends to update the information he has already gathered and present it to the government during the month of October. To afford time to consider the updated materials, the parties agree that time under the Speedy Trial Act should

1  be excluded through December 14, 2009, pursuant to 18 U.S.C. §
2  3161(h)(7)(A) and (B)(iv).

3                                          Respectfully submitted,

4                                          DANIEL J. BRODERICK
                                           Federal Defender
5

6  Dated:  October 28, 2009                /s/ T. Zindel
                                           TIMOTHY ZINDEL
7                                          Assistant Federal Defender
                                           Attorney for ADRIAN REYNOSO
8

9                                          LAWRENCE BROWN
                                           United States Attorney
10

11 Dated:  October 28, 2009                /s/ T. Zindel for J. Hitt
                                           JASON HITT
12                                         Assistant U.S. Attorney

13

14                            **O R D E R**

15      The status conference is continued to December 14, 2009, at 8:30
16 a.m.  The Court finds that time under the Speedy Trial Act shall be
17 excluded through that date in order to afford counsel reasonable time to
18 prepare.  Based on the parties' representations, the Court finds that the
19 ends of justice served by granting a continuance outweigh the best
20 interests of the public and the defendant in a speedy trial.
21      IT IS SO ORDERED.

22

23 Dated: October 28, 2009

24                           [signature]
25                           WILLIAM B. SHUBB
                             UNITED STATES DISTRICT JUDGE
26

27

28