1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

6  Attorney for Defendant
   ADRIAN REYNOSO

9            IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,     )  No. 2:06-CR-0264 WBS
                                 )
14            Plaintiff,         )  **STIPULATION AND ORDER**
                                 )  **CONTINUING STATUS CONFERENCE**
15       v.                      )  **AND EXCLUDING TIME**
                                 )
16 ADRIAN REYNOSO,               )
                                 )  Date:  December 14, 2009
17            Defendant.         )  Time:  8:30 a.m.
                                 )  Judge: Hon. William B. Shubb
18 _____)

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, Adrian Reynoso, through their respective
22 attorneys, that the status conference scheduled for December 14, 2009,
23 may be continued to February 1, 2010, at 8:30 a.m.
24      Defense counsel continues to gather information that may be useful
25 to both parties in resolving the case and intends to update the
26 information he has already gathered and present it to the government
27 during the month of October.  To afford time to consider the updated
28 materials, the parties agree that time under the Speedy Trial Act should

1  be excluded through February 1, 2010, pursuant to 18 U.S.C. §
2  3161(h)(7)(A) and (B)(iv).

3                                       Respectfully submitted,

4                                       DANIEL J. BRODERICK
                                        Federal Defender
5

6  Dated:  December 9, 2009             /s/ T. Zindel
                                        TIMOTHY ZINDEL
7                                       Assistant Federal Defender
                                        Attorney for ADRIAN REYNOSO
8

9                                       BENJAMIN WAGNER
                                        United States Attorney
10

11 Dated:  December 9, 2009             /s/ T. Zindel for J. Hitt
                                        JASON HITT
12                                      Assistant U.S. Attorney

13

14                              **O R D E R**

15     The status conference is continued to February 1, 2010, at 8:30 a.m.
16 The Court finds that time under the Speedy Trial Act shall be excluded
17 through that date in order to afford counsel reasonable time to prepare.
18 Based on the parties' representations, the Court finds that the ends of
19 justice served by granting a continuance outweigh the best interests of
20 the public and the defendant in a speedy trial.
21     IT IS SO ORDERED.

22

23 Dated: December 9, 2009

24                         [signature]
25                         WILLIAM B. SHUBB
                           UNITED STATES DISTRICT JUDGE
26

27

28

Stip. in U.S.A. v. A. Reynoso          -2-