```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ADRIAN REYNOSO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:06-CR-0264 WBS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| ADRIAN REYNOSO, | ) | |
| | ) | Date:  February 1, 2010 |
| Defendant. | ) | Time:  8:30 a.m. |
| | ) | Judge: Hon. William B. Shubb |
| _____ | ) | |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Adrian Reynoso, through their respective attorneys, that the status conference scheduled for February 1, 2010, may be continued to March 8, 2010, at 8:30 a.m.

    Defense counsel continues to gather information that may be useful to both parties in resolving the case and intends to update the information he has already gathered and present it to the government during the month of October.  To afford time to consider the updated materials, the parties agree that time under the Speedy Trial Act should

1  be excluded through March 8, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A)
2  and (B)(iv).

3                                    Respectfully submitted,

4                                    DANIEL J. BRODERICK
                                     Federal Defender

6  Dated:  January 26, 2010          /s/ T. Zindel
                                     TIMOTHY ZINDEL
7                                    Assistant Federal Defender
                                     Attorney for ADRIAN REYNOSO

9                                    BENJAMIN WAGNER
                                     United States Attorney

11 Dated:  January 26, 2010          /s/ T. Zindel for J. Hitt
                                     JASON HITT
12                                   Assistant U.S. Attorney

14                              **O R D E R**

15     The status conference is continued to March 8, 2010, at 8:30 a.m.
16 The Court finds that time under the Speedy Trial Act shall be excluded
17 through that date in order to afford counsel reasonable time to prepare.
18 Based on the parties' representations, the Court finds that the ends of
19 justice served by granting a continuance outweigh the best interests of
20 the public and the defendant in a speedy trial.
21     IT IS SO ORDERED.

23 Dated: January 26, 2010

                                     _____
                                     WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE