1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5

6   Attorney for Defendant
    ADRIAN REYNOSO
7

8

9                   IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      )  No. 2:06-CR-0264 WBS
                                   )
14              Plaintiff,         )  **STIPULATION AND ORDER**
                                   )  **CONTINUING STATUS CONFERENCE**
15       v.                        )  **AND EXCLUDING TIME**
                                   )
16  ADRIAN REYNOSO,                )
                                   )  Date:  March 8, 2010
17              Defendant.         )  Time:  8:30 a.m.
                                   )  Judge: Hon. William B. Shubb
18  _____)

19

20        IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21  of America, and defendant, Adrian Reynoso, through their respective

22  attorneys, that the status conference scheduled for March 8, 2010, may be

23  continued to April 26, 2010, at 8:30 a.m.

24        Defense counsel continues to gather information that may be useful

25  to both parties in resolving the case and intends to update the

26  information he has already gathered and present it to the government.

27  Also, defense counsel will be out of the country and unavailable between

28  March 18 and April 12.  To afford time to consider the updated materials,

1  the parties agree that time under the Speedy Trial Act should be excluded

2  through April 26, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and

3  (B)(iv).

4                                        Respectfully submitted,

5                                        DANIEL J. BRODERICK
                                         Federal Defender

6

7  Dated:  March 4, 2010                 /s/ T. Zindel
                                         TIMOTHY ZINDEL
8                                        Assistant Federal Defender
                                         Attorney for ADRIAN REYNOSO

9

10                                       BENJAMIN B. WAGNER
                                         United States Attorney

11

12 Dated:  March 4, 2010                 /s/ T. Zindel for J. Hitt
                                         JASON HITT
13                                       Assistant U.S. Attorney

14

15                              **O R D E R**

16      The status conference is continued to April 26, 2010, at 8:30 a.m.

17 The Court finds that time under the Speedy Trial Act shall be excluded

18 through that date in order to afford counsel reasonable time to prepare.

19 Based on the parties' representations, the Court finds that the ends of

20 justice served by granting a continuance outweigh the best interests of

21 the public and the defendant in a speedy trial.

22      IT IS SO ORDERED.

23 Dated:  March 4, 2010

24 _____
   WILLIAM B. SHUBB
25 UNITED STATES DISTRICT JUDGE

26

27

28

Stip. in U.S.A. v. A. Reynoso          -2-