```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    ADRIAN REYNOSO
 7

 8

 9               IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:06-CR-0264 WBS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| ADRIAN REYNOSO, | ) | |
| | ) | Date: April 26, 2010 |
| Defendant. | ) | Time: 8:30 a.m. |
| | ) | Judge: Hon. William B. Shubb |
| _____ | ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Adrian Reynoso, through their respective attorneys, that the status conference scheduled for April 26, 2010, may be continued to June 14, 2010, at 8:30 a.m.

   Defense counsel continues to gather information that may be useful to both parties in resolving the case and intends to update the information he has already gathered and present it to the government.

/ / /

/ / /

1     To afford time to consider the updated materials, the parties agree
2 that time under the Speedy Trial Act should be excluded through June 14,
3 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

```
4                                       Respectfully submitted,

5                                       DANIEL J. BRODERICK
                                        Federal Defender
6

7  Dated:  April 21, 2010               /s/ T. Zindel
                                        TIMOTHY ZINDEL
8                                       Assistant Federal Defender
                                        Attorney for ADRIAN REYNOSO
9

10                                      BENJAMIN B. WAGNER
                                        United States Attorney
11

12 Dated:  April 21, 2010               /s/ T. Zindel for J. Hitt
                                        JASON HITT
13                                      Assistant U.S. Attorney
```

14

15                                     **O R D E R**

16     The status conference is continued to June 14, 2010, at 8:30 a.m.
17 The Court finds that time under the Speedy Trial Act shall be excluded
18 through that date in order to afford counsel reasonable time to prepare.
19 Based on the parties' representations, the Court finds that the ends of
20 justice served by granting a continuance outweigh the best interests of
21 the public and the defendant in a speedy trial.
22     IT IS SO ORDERED.

23

24 Dated: April 21, 2010

25

26                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE

27

28