DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ADRIAN REYNOSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-CR-0264 WBS |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| ADRIAN REYNOSO, ) | |
| ) | Date:  June 14, 2010 |
| Defendant. ) | Time:  8:30 a.m. |
| ) | Judge: Hon. William B. Shubb |
| _____ ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Adrian Reynoso, through their respective attorneys, that the status conference scheduled for June 14, 2010, may be continued to July 19, 2010, at 8:30 a.m.

   The parties intend to meet and confer regarding resolution of this case, to review recent medical records that may bear on that resolution, and to perform other investigation necessary to determine how the case may be resolved.

   To afford time to complete these tasks, the parties agree that time

1  under the Speedy Trial Act should be excluded through July 19, 2010,
2  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

3                                          Respectfully submitted,

4                                          DANIEL J. BRODERICK
                                           Federal Defender
5

6  Dated:   June 9, 2010                   /s/ T. Zindel
                                           TIMOTHY ZINDEL
7                                          Assistant Federal Defender
                                           Attorney for ADRIAN REYNOSO
8

9                                          BENJAMIN B. WAGNER
                                           United States Attorney
10

11 Dated:   June 9, 2010                   /s/ T. Zindel for J. Hitt
                                           JASON HITT
12                                         Assistant U.S. Attorney

13

14                              **O R D E R**

15      The status conference is continued to July 19, 2010, at 8:30 a.m.
16 The Court finds that time under the Speedy Trial Act shall be excluded
17 through that date in order to afford counsel reasonable time to prepare.
18 Based on the parties' representations, the Court finds that the ends of
19 justice served by granting a continuance outweigh the best interests of
20 the public and the defendant in a speedy trial.
21      IT IS SO ORDERED.
22

23 Dated:   June 9, 2010

24
                                           WILLIAM B. SHUBB
25                                         UNITED STATES DISTRICT JUDGE

26
27
28

Stip. in U.S.A. v. A. Reynoso           -2-