1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   ADRIAN REYNOSO
7

8

9              IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      )  No. 2:06-CR-0264 WBS
                                  )
14              Plaintiff,        )  **STIPULATION AND ORDER**
                                  )  **CONTINUING STATUS CONFERENCE**
15       v.                       )  **AND EXCLUDING TIME**
                                  )
16 ADRIAN REYNOSO,                )
                                  )  Date:  July 19, 2010
17              Defendant.        )  Time:  8:30 a.m.
                                  )  Judge: Hon. William B. Shubb
18 _____)

19

20       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21 of America, and defendant, Adrian Reynoso, through their respective

22 attorneys, that the status conference scheduled for July 19, 2010, may be

23 continued to September 20, 2010, at 8:30 a.m.

24       The parties intend to meet and confer regarding resolution of this

25 case, to review recent medical records that may bear on that resolution,

26 and to perform other investigation necessary to determine how the case

27 may be resolved.

28 ///

1       To afford time to complete these tasks, the parties agree that time

2   under the Speedy Trial Act should be excluded through September 20, 2010,

3   pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

4                                             Respectfully submitted,

5                                             DANIEL J. BRODERICK
                                              Federal Defender

6

7   Dated:   July 14, 2010          /s/ T. Zindel
                                              TIMOTHY ZINDEL

8                                             Assistant Federal Defender
                                              Attorney for ADRIAN REYNOSO

9

10                                            BENJAMIN B. WAGNER
                                              United States Attorney

11

12  Dated:   July 14, 2010          /s/ T. Zindel for J. Hitt
                                              JASON HITT

13                                            Assistant U.S. Attorney

14

15                                  **O R D E R**

16      The status conference is continued to September 20, 2010, at 8:30

17  a.m.   The Court finds that time under the Speedy Trial Act shall be

18  excluded through that date in order to afford counsel reasonable time to

19  prepare.  Based on the parties' representations, the Court finds that the

20  ends of justice served by granting a continuance outweigh the best

21  interests of the public and the defendant in a speedy trial.

22      IT IS SO ORDERED.

23

24  Dated:   July 14, 2010

25

26                            WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE

27

28

Stip. in <u>U.S.A. v. A. Reynoso</u>          -2-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28