1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   ADRIAN REYNOSO
7

8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      ) No. 2:06-CR-0264 WBS
                                   )
14              Plaintiff,         ) **STIPULATION AND ORDER**
                                   ) **CONTINUING STATUS CONFERENCE**
15       v.                        ) **AND EXCLUDING TIME**
                                   )
16  ADRIAN REYNOSO,                )
                                   ) Date:  October 18, 2010
17              Defendant.         ) Time:  8:30 a.m.
                                   ) Judge: Hon. William B. Shubb
18  _____)

19

20       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21  of America, and defendant, Adrian Reynoso, through their respective
22  attorneys, that the status conference scheduled for October 18, 2010, may
23  be continued to November 29, 2010, at 8:30 a.m.
24       The parties intend to meet and confer regarding resolution of this
25  case, to review recent medical records that may bear on that resolution,
26  and to perform other investigation necessary to determine how the case
27  may be resolved.  Prior to the meeting, defense counsel will provide
28  additional material concerning Mr. Reynoso's progress over the past year.

1  To afford time to complete these tasks, the parties agree that time under
2  the Speedy Trial Act should be excluded through November 29, 2010,
3  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  October 15, 2010                /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for ADRIAN REYNOSO


                                        BENJAMIN B. WAGNER
                                        United States Attorney


Dated:  October 15, 2010                /s/ T. Zindel for J. Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney


**O R D E R**

The status conference is continued to November 29, 2010, at 8:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  October 15, 2010

                                        _____
                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE