DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ADRIAN REYNOSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:06-CR-0264 WBS |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| ADRIAN REYNOSO, | ) | Date: November 29, 2010 |
| Defendant. | ) | Time: 8:30 a.m. |
| | ) | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Adrian Reynoso, through their respective attorneys, that the status conference scheduled for November 29, 2010, may be continued to January 18, 2011, at 8:30 a.m.

The parties intend to meet and confer regarding resolution of this case, to review recent medical records that may bear on that resolution, and to perform other investigation necessary to determine how the case may be resolved. Prior to the meeting, defense counsel will provide additional material concerning Mr. Reynoso's progress over the past year.

1  To afford time to complete these tasks, the parties agree that time under
2  the Speedy Trial Act should be excluded through January 18, 2011,
3  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

4                                        Respectfully submitted,

5                                        DANIEL J. BRODERICK
                                         Federal Defender
6

7  Dated:  November 19, 2010             /s/ T. Zindel
                                         TIMOTHY ZINDEL
8                                        Assistant Federal Defender
                                         Attorney for ADRIAN REYNOSO
9

10                                       BENJAMIN B. WAGNER
                                         United States Attorney
11

12 Dated:  November 19, 2010             /s/ T. Zindel for J. Hitt
                                         JASON HITT
13                                       Assistant U.S. Attorney

14

15                               **O R D E R**

16     The status conference is continued to January 18, 2011, at 8:30 a.m.
17 The Court finds that time under the Speedy Trial Act shall be excluded
18 through that date in order to afford counsel reasonable time to prepare.
19 Based on the parties' representations, the Court finds that the ends of
20 justice served by granting a continuance outweigh the best interests of
21 the public and the defendant in a speedy trial.
22     IT IS SO ORDERED.

23

24 Dated:  November 23, 2010

25                         _____
26                         WILLIAM B. SHUBB
                           UNITED STATES DISTRICT JUDGE
27

28

Stip. in U.S.A. v. A. Reynoso           -2-