1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   ADRIAN REYNOSO
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,    ) No. 2:06-CR-0264 WBS
                                )
14           Plaintiff,          ) **STIPULATION AND ORDER**
                                ) **CONTINUING STATUS CONFERENCE**
15     v.                        ) **AND EXCLUDING TIME**
                                )
16 ADRIAN REYNOSO,              )
                                ) Date:  January 18, 2011
17           Defendant.          ) Time:  8:30 a.m.
                                ) Judge: Hon. William B. Shubb
18 _____)

19

20     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, Adrian Reynoso, through their respective
22 attorneys, that the status conference scheduled for January 18, 2011, may
23 be continued to March 7, 2011, at 8:30 a.m.
24     The parties intend to meet and confer regarding resolution of this
25 case, to review recent medical records that may bear on that resolution,
26 and to perform other investigation necessary to determine how the case
27 may be resolved.  Prior to the meeting, defense counsel will provide
28 additional material concerning Mr. Reynoso's progress over the past year.

1  To afford time to complete these tasks, the parties agree that time under
2  the Speedy Trial Act should be excluded through March 7, 2011, pursuant
3  to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


Dated:   January 12, 2011               /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for ADRIAN REYNOSO


                                        BENJAMIN B. WAGNER
                                        United States Attorney


Dated:   January 12, 2011               /s/ T. Zindel for J. Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney


**O R D E R**

The status conference is continued to March 7, 2011, at 8:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.


Dated:   January 12, 2011

                                        _____
                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE