1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   ADRIAN REYNOSO

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,        )  No. 2:06-CR-0264 WBS
                                     )
14            Plaintiff,             )  **STIPULATION AND ORDER**
                                     )  **CONTINUING STATUS CONFERENCE**
15       v.                          )  **AND EXCLUDING TIME**
                                     )
16  ADRIAN REYNOSO,                  )
                                     )  Date:  March 7, 2011
17            Defendant.             )  Time:  8:30 a.m.
                                     )  Judge: Hon. William B. Shubb
18  _____  )

19

20       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21  of America, and defendant, Adrian Reynoso, through their respective

22  attorneys, that the status conference scheduled for March 7, 2011, may be

23  continued to April 18, 2011, at 8:30 a.m.

24       The parties intend to meet and confer regarding resolution of this

25  case, to review recent medical records that may bear on that resolution,

26  and to perform other investigation necessary to determine how the case

27  may be resolved.  Prior to the meeting, defense counsel will provide

28  additional material concerning Mr. Reynoso's progress over the past year.

1    To afford time to complete these tasks, the parties agree that time under

2    the Speedy Trial Act should be excluded through April 18, 2011, pursuant

3    to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

4                                    Respectfully submitted,

5                                    DANIEL J. BRODERICK
                                     Federal Defender
6

7    Dated:  March 2, 2011           /s/ T. Zindel
                                     TIMOTHY ZINDEL
8                                    Assistant Federal Defender
                                     Attorney for ADRIAN REYNOSO
9

10                                   BENJAMIN B. WAGNER
                                     United States Attorney
11

12   Dated:  March 2, 2011           /s/ T. Zindel for J. Hitt
                                     JASON HITT
13                                   Assistant U.S. Attorney

14

15                          **O R D E R**

16        The status conference is continued to April 18, 2011, at 8:30 a.m.

17   The Court finds that time under the Speedy Trial Act shall be excluded

18   through that date in order to afford counsel reasonable time to prepare.

19   Based on the parties' representations, the Court finds that the ends of

20   justice served by granting a continuance outweigh the best interests of

21   the public and the defendant in a speedy trial.

22        IT IS SO ORDERED.

23

24   Dated:  March 2, 2011

25

26                            WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE
27

28

Stip. in U.S.A. v. A. Reynoso          -2-