DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ADRIAN REYNOSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>ADRIAN REYNOSO,<br><br>         Defendant.<br>_____ | No. 2:06-CR-0264 WBS<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date:  April 18, 2011<br>Time:  8:30 a.m.<br>Judge: Hon. William B. Shubb |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Adrian Reynoso, through their respective attorneys, that the status conference scheduled for April 18, 2011, may be continued to June 20, 2011, at 8:30 a.m.

   The parties intend to meet and confer regarding resolution of this case, to review recent medical records that may bear on that resolution, and to perform other investigation necessary to determine how the case may be resolved. Prior to the meeting, defense counsel will provide additional material concerning Mr. Reynoso's progress over the past year.

1  To afford time to complete these tasks, the parties agree that time under
2  the Speedy Trial Act should be excluded through June 20, 2011, pursuant
3  to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  April 14, 2011                  /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for ADRIAN REYNOSO


                                        BENJAMIN B. WAGNER
                                        United States Attorney


Dated:  April 14, 2011                  /s/ T. Zindel for J. Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney


**O R D E R**

The status conference is continued to June 20, 2011, at 8:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  April 14, 2011

                          _____
                          WILLIAM B. SHUBB
                          UNITED STATES DISTRICT JUDGE