```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   ADRIAN REYNOSO
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:06-CR-0264 WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| ADRIAN REYNOSO, | ) |
|  | ) Date: June 20, 2011 |
| Defendant. | ) Time: 8:30 a.m. |
|  | ) Judge: Hon. William B. Shubb |
| _____ | ) |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Adrian Reynoso, through their respective attorneys, that the status conference scheduled for June 20, 2011, may be continued to August 8, 2011, at 8:30 a.m.

   The parties intend to meet and confer regarding resolution of this case, to review recent medical records that may bear on that resolution, and to perform other investigation necessary to determine how the case may be resolved.  Prior to the meeting, defense counsel will provide additional material concerning Mr. Reynoso's progress over the past year.

1  To afford time to complete these tasks, the parties agree that time under
2  the Speedy Trial Act should be excluded through August 8, 2011, pursuant
3  to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender


Dated:  June 16, 2011                       /s/ T. Zindel
                                            TIMOTHY ZINDEL
                                            Assistant Federal Defender
                                            Attorney for ADRIAN REYNOSO


                                            BENJAMIN B. WAGNER
                                            United States Attorney


Dated:  June 16, 2011                       /s/ T. Zindel for J. Hitt
                                            JASON HITT
                                            Assistant U.S. Attorney


**O R D E R**

The status conference is continued to August 8, 2011, at 8:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  June 17, 2011

                                            WILLIAM B. SHUBB
                                            UNITED STATES DISTRICT JUDGE