1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

6  Attorney for Defendant
   ADRIAN REYNOSO

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,      )  No. 2:06-CR-0264 WBS
                                  )
14              Plaintiff,        )  **STIPULATION AND ORDER**
                                  )  **CONTINUING STATUS CONFERENCE**
15      v.                        )  **AND EXCLUDING TIME**
                                  )
16 ADRIAN REYNOSO,                )
                                  )  Date: August 8, 2011
17              Defendant.        )  Time: 8:30 a.m.
                                  )  Judge: Hon. William B. Shubb
18 _____)

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, Adrian Reynoso, through their respective
22 attorneys, that the status conference scheduled for August 8, 2011, may
23 be continued to September 12, 2011, at 8:30 a.m.
24      The parties intend to meet and confer regarding resolution of this
25 case, to review recent medical records that may bear on that resolution,
26 and to perform other investigation necessary to determine how the case
27 may be resolved.  Prior to the meeting, defense counsel will provide
28 additional material concerning Mr. Reynoso's progress over the past year.

1  To afford time to complete these tasks, the parties agree that time under
2  the Speedy Trial Act should be excluded through September 12, 2011,
3  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  August 1, 2011            /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for ADRIAN REYNOSO


                                  BENJAMIN B. WAGNER
                                  United States Attorney

Dated:  August 1, 2011            /s/ T. Zindel for J. Hitt
                                  JASON HITT
                                  Assistant U.S. Attorney


**O R D E R**

The status conference is continued to September 12, 2011, at 8:30 a.m.  The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  August 2, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE