1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   ADRIAN REYNOSO
7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,   )  No. 2:06-CR-0264 WBS
                               )
14          Plaintiff,         )  **STIPULATION AND ORDER**
                               )  **CONTINUING STATUS CONFERENCE**
15     v.                      )  **AND EXCLUDING TIME**
                               )
16 ADRIAN REYNOSO,             )
                               )  Date:  September 12, 2011
17          Defendant.         )  Time:  8:30 a.m.
                               )  Judge: Hon. William B. Shubb
18 _____)

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, Adrian Reynoso, through their respective
22 attorneys, that the status conference scheduled for September 12, 2011,
23 may be continued to November 14, 2011, at 8:30 a.m.
24      The parties have yet to meet and confer regarding resolution of this
25 case or to review recent medical records that may bear on that
26 resolution.  Counsel for Mr. Reynoso will be out on family medical leave
27 for five weeks beginning next week, returning on October 17.  In order to
28 assure continuity of defense counsel and to have time to complete their

1 discussions and the parties agree that time under the Speedy Trial Act
2 should be excluded through November 14, 2011, pursuant to 18 U.S.C. §
3 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  September 8, 2011        /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for ADRIAN REYNOSO


                                 BENJAMIN B. WAGNER
                                 United States Attorney


Dated:  September 8, 2011        /s/ T. Zindel for J. Hitt
                                 JASON HITT
                                 Assistant U.S. Attorney


**O R D E R**

The status conference is continued to November 14, 2011, at 8:30 a.m.  The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: September 9, 2011

/s/ William B. Shubb
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. & Order                    -2-