1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5

6   Attorney for Defendant
    ADRIAN REYNOSO

7

8

9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,        )  No. 2:06-CR-0264 WBS
                                     )
14              Plaintiff,           )  **STIPULATION AND ORDER**
                                     )  **CONTINUING STATUS CONFERENCE**
15       v.                          )  **AND EXCLUDING TIME**
                                     )
16  ADRIAN REYNOSO,                  )
                                     )  Date:  November 14, 2011
17              Defendant.           )  Time:  8:30 a.m.
                                     )  Judge: Hon. William B. Shubb
18  _____ )

19

20       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21  of America, and defendant, Adrian Reynoso, through their respective

22  attorneys, that the status conference scheduled for November 14, 2011,

23  may be continued to January 23, 2012, at 8:30 a.m.

24       The parties have agreed to meet in December to review medical

25  records that may bear on that resolution and to propose a resolution to

26  the drug-unit supervisor at the U.S. Attorney's Office.  In order to

27  afford time to complete their review and negotiations, the parties agree

28  that time under the Speedy Trial Act should be excluded pursuant to 18

U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

Dated:  November 10, 2011     /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for ADRIAN REYNOSO


                              BENJAMIN B. WAGNER
                              United States Attorney


Dated:  November 10, 2011     /s/ T. Zindel for J. Hitt
                              JASON HITT
                              Assistant U.S. Attorney


                      **O R D E R**

    The status conference is continued to January 23, 2012, at 8:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    IT IS SO ORDERED.


Dated:  November 9, 2011

                    _William B. Shubb_
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE