DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ADRIAN REYNOSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-CR-0264 WBS |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| ADRIAN REYNOSO, ) | |
| ) | Date:  January 23, 2012 |
| Defendant. ) | Time:  9:30 a.m. |
| ) | Judge: Hon. William B. Shubb |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Adrian Reynoso, through their respective attorneys, that the status conference scheduled for January 23, 2012, may be continued to March 5, 2012, at 9:30 a.m.

The parties continue to discuss resolutions but have yet to meet or to present their proposed resolutions to the drug-unit supervisor at the U.S. Attorney's Office. In order to afford time to complete this review and negotiations, the parties agree that time under the Speedy Trial Act should be excluded through March 5, 2012, pursuant to 18 U.S.C. §

1  3161(h)(7)(A) and that the ends of justice served by taking such action
2  outweigh the best interest of the public and the defendant in a speedy
3  trial.

4                                       Respectfully submitted,

5                                       DANIEL J. BRODERICK
                                        Federal Defender

7  Dated:  January 19, 2012             /s/ T. Zindel
                                        TIMOTHY ZINDEL
8                                       Assistant Federal Defender
                                        Attorney for ADRIAN REYNOSO

10                                      BENJAMIN B. WAGNER
                                        United States Attorney

12 Dated:  January 19, 2012             /s/ T. Zindel for J. Hitt
                                        JASON HITT
13                                      Assistant U.S. Attorney

## O R D E R

The status conference is continued to March 5, 2012, at 9:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  January 20, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. & Order                          -2-