```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   ADRIAN REYNOSO
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:06-CR-0264 WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| ADRIAN REYNOSO, | ) |
|  | ) Date:  March 5, 2012 |
| Defendant. | ) Time:  8:30 a.m. |
|  | ) Judge: Hon. William B. Shubb |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Adrian Reynoso, through their respective attorneys, that the status conference scheduled for March 5, 2012, may be continued to April 30, 2012, at 9:30 a.m.

    The parties continue to discuss resolutions but have yet to meet or to present their latest proposed resolutions to the drug-unit supervisor at the U.S. Attorney's Office. In order to afford time to complete this review and negotiations, the parties agree that time under the Speedy Trial Act should be excluded through April 30, 2012, pursuant to 18

1  U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such
2  action outweigh the best interest of the public and the defendant in a
3  speedy trial.

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  February 29, 2012               /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for ADRIAN REYNOSO


                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated:  February 29, 2012               /s/ T. Zindel for J. Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney


**O R D E R**

The status conference is continued to April 30, 2012, at 8:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    IT IS SO ORDERED.

Dated:  March 1, 2012

                                        _____
                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE