```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    ADRIAN REYNOSO
 7

 8
```

 9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,       )  No. 2:06-CR-0264 WBS
                                    )
14               Plaintiff,         )  **STIPULATION AND ORDER**
                                    )  **CONTINUING STATUS CONFERENCE**
15       v.                         )  **AND EXCLUDING TIME**
                                    )
16  ADRIAN REYNOSO,                 )
                                    )  Date:  April 30, 2012
17               Defendant.         )  Time:  9:30 a.m.
                                    )  Judge: Hon. William B. Shubb
18  _____ )

19

20       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21  of America, and defendant, Adrian Reynoso, through their respective
22  attorneys, that the status conference scheduled for April 30, 2012, may
23  be continued to June 25, 2012, at 9:30 a.m.
24       The parties continue to discuss resolutions but have yet to agree on
25  a final resolution to propose to the drug-unit supervisor at the U.S.
26  Attorney's Office.  Defense counsel has also asked the government to
27  provide current information about an essential witness.  In order to
28  afford time to complete this review and negotiations, the parties agree

1  that time under the Speedy Trial Act should be excluded through June 25,
2  2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice
3  served by taking such action outweigh the best interest of the public and
4  the defendant in a speedy trial.

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  April 25, 2012               /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for ADRIAN REYNOSO

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated:  April 25, 2012               /s/ T. Zindel for J. Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney

## O R D E R

The status conference is continued to June 25, 2012, at 9:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    IT IS SO ORDERED.

Dated:  April 26, 2012

                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE