DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ADRIAN REYNOSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:06-CR-0264 WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| ADRIAN REYNOSO, | ) |
|  | ) Date:  June 25, 2012 |
| Defendant. | ) Time:  9:30 a.m. |
|  | ) Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Adrian Reynoso, through their respective attorneys, that the status conference scheduled for June 25, 2012, may be continued to August 20, 2012, at 9:30 a.m.

Defense counsel proposed a resolution of the case; that proposal remains under review by counsel for the United States. Defense counsel is also awaiting current information about the availability of an essential witness. In order to afford time to complete this review and negotiations, the parties agree that time under the Speedy Trial Act

should be excluded through August 20, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

Dated: June 21, 2012                /s/ T. Zindel
                                          TIMOTHY ZINDEL
                                          Assistant Federal Defender
                                          Attorney for ADRIAN REYNOSO

                                          BENJAMIN B. WAGNER
                                          United States Attorney

Dated: June 21, 2012                /s/ T. Zindel for J. Hitt
                                          JASON HITT
                                          Assistant U.S. Attorney

## O R D E R

The status conference is continued to August 20, 2012, at 9:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    IT IS SO ORDERED.

Dated: June 22, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE