DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ADRIAN REYNOSO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ADRIAN REYNOSO,<br><br>　　　　　Defendant.<br>_____ | No. 2:06-CR-0264 WBS<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:　August 20, 2012<br>Time:　9:30 a.m.<br>Judge: Hon. William B. Shubb |

　　　IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Adrian Reynoso, through their respective attorneys, that the status conference scheduled for August 20, 2012, may be continued to October 15, 2012, at 9:30 a.m.

　　　Defense counsel proposed a resolution of the case; that proposal remains under review by counsel for the United States.  Defense counsel is also awaiting current information about the availability of an essential witness.  In order to afford time to complete this review and negotiations, the parties agree that time under the Speedy Trial Act

should be excluded through October 15, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: August 16, 2012        /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for ADRIAN REYNOSO


                              BENJAMIN B. WAGNER
                              United States Attorney

Dated: August 16, 2012        /s/ T. Zindel for J. Hitt
                              JASON HITT
                              Assistant U.S. Attorney

**O R D E R**

The status conference is continued to October 15, 2012, at 9:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: August 17, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE