```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ADRIAN REYNOSO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:06-CR-0264 WBS |
|            Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
|      v. | ) **AND EXCLUDING TIME** |
| ADRIAN REYNOSO, | ) |
|            Defendant. | ) Date: October 15, 2012 |
| | ) Time: 9:30 a.m. |
| _____ | ) Judge: Hon. William B. Shubb |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Adrian Reynoso, through their respective attorneys, that the status conference scheduled for October 15, 2012, may be continued to November 5, 2012, at 9:30 a.m.

   Defense counsel proposed a resolution of the case; that proposal remains under review by counsel for the United States. Defense counsel is also awaiting current information about the availability of an essential witness. In order to afford time to complete this review and negotiations, the parties agree that time under the Speedy Trial Act

should be excluded through November 5, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

Dated: October 11, 2012       /s/ T. Zindel
                                            TIMOTHY ZINDEL
                                            Assistant Federal Defender
                                            Attorney for ADRIAN REYNOSO

                                            BENJAMIN B. WAGNER
                                            United States Attorney

Dated: October 11, 2012       /s/ T. Zindel for J. Hitt
                                            JASON HITT
                                            Assistant U.S. Attorney

# O R D E R

The status conference is continued to November 5, 2012, at 9:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    IT IS SO ORDERED.

Dated: October 12, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE