```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    ADRIAN REYNOSO
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-CR-0264 WBS |
|        Plaintiff,       ) | |
|                         ) | **STIPULATION AND ORDER AMENDING** |
|    v.                   ) | **CONDITIONS OF RELEASE** |
|                         ) | |
| ADRIAN REYNOSO,         ) | |
|                         ) | |
|        Defendant.       ) | Judge: Hon. Edmund F. Brennan |
| _____) | |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Adrian Reynoso, through their respective attorneys, that the conditions of release ordered by the magistrate judge on June 20, 2006, may be amended to eliminate the conditions (1) that Mr. Reynoso participate in mental health counseling at the direction of Pretrial Services and (2) that he remain in the third-party custody of his mother.

    Pretrial Services today contacted counsel for the parties to advise that Mr. Reynoso's counselor has suggested that counseling may be

terminated because Mr. Reynoso is working full-time and stable. Mr. Reynoso has asked to move in with his girlfriend who lives about two miles away from Mr. Reynoso's mother, who has served as his third-party custodian since he was released in 2006. Pretrial confirms that Mr. Reynoso has had no violations or positive drug tests since he was released, so join in this request.

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated: October 15, 2012        /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for ADRIAN REYNOSO


                                      BENJAMIN WAGNER
                                      United States Attorney

Dated: October 15, 2012        /s/ T. Zindel for J. Hitt
                                      JASON HITT
                                      Assistant U.S. Attorney


## **O R D E R**

The conditions of pretrial requiring mental health counseling and third-party custody are hereby stricken. All other conditions shall remain in force.

IT IS SO ORDERED.

Dated:  October 16, 2012

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE