```
 1  JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    ADRIAN REYNOSO
 7

 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:06-CR-0264 WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| ADRIAN REYNOSO, | ) |
|  | ) Date: January 22, 2013 |
| Defendant. | ) Time: 9:30 a.m. |
|  | ) Judge: Hon. William B. Shubb |
| _____ | ) |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Adrian Reynoso, through their respective attorneys, that the status conference scheduled for January 22, 2013, may be continued to February 25, 2013, at 9:30 a.m.

Defense counsel again proposed a resolution of the case, which counsel for the United States has agreed to consider and may present to his supervisor. The parties are still also unsure about the availability of an essential witness. In order to afford time to complete their review and negotiations, the parties agree that time under the Speedy

1 Trial Act should be excluded through February 25, 2013, pursuant to 18
2 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such
3 action outweigh the best interest of the public and the defendant in a
4 speedy trial.

                                            Respectfully submitted,

                                            JOSEPH SCHLESINGER
                                            Acting Federal Defender

Dated:  January 17, 2013        /s/ T. Zindel
                                            TIMOTHY ZINDEL
                                            Assistant Federal Defender
                                            Attorney for ADRIAN REYNOSO


                                            BENJAMIN B. WAGNER
                                            United States Attorney

Dated:  January 17, 2013        /s/ T. Zindel for J. Hitt
                                            JASON HITT
                                            Assistant U.S. Attorney

## **O R D E R**

18     The status conference is continued to February 25, 2013, at 9:30
19 a.m.  The Court finds that time under the Speedy Trial Act shall be
20 excluded through that date in order to afford counsel reasonable time to
21 prepare.  Based on the parties' representations, the Court finds that the
22 ends of justice served by granting a continuance outweigh the best
23 interests of the public and the defendant in a speedy trial.
24     IT IS SO ORDERED.
25     Dated: January 17, 2013

                                WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE