JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ADRIAN REYNOSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ADRIAN REYNOSO, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. 2:06-CR-0264 WBS <br><br> **STIPULATION AND ORDER** <br> **CONTINUING STATUS CONFERENCE** <br> **AND EXCLUDING TIME** <br><br> Date: April 8, 2013 <br> Time: 9:30 a.m. <br> Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Adrian Reynoso, through their respective attorneys, that the status conference scheduled for April 8, 2013, may be continued to May 13, 2013, at 9:30 a.m.

Defense counsel has proposed a resolution of the case, which counsel for the United States has agreed to present to his supervisor. The parties are still also unsure about the availability of an essential witness. In order to afford time to complete their review and negotiations, the parties agree that time under the Speedy Trial Act

1  should be excluded through May 13, 2013, pursuant to 18 U.S.C. §
2  3161(h)(7)(A) and that the ends of justice served by taking such action
3  outweigh the best interest of the public and the defendant in a speedy
4  trial.

5                                    Respectfully submitted,

6                                    JOSEPH SCHLESINGER
                                     Acting Federal Defender
7

8  Dated: April 4, 2013              /s/ T. Zindel
                                     TIMOTHY ZINDEL
9                                    Assistant Federal Defender
                                     Attorney for ADRIAN REYNOSO
10

11                                   BENJAMIN B. WAGNER
                                     United States Attorney
12

13 Dated: April 4, 2013              /s/ T. Zindel for J. Hitt
                                     JASON HITT
14                                   Assistant U.S. Attorney

15

16                              **O R D E R**

17

18      The status conference is continued to May 13, 2013, at 9:30 a.m.
19 The Court finds that time under the Speedy Trial Act shall be excluded
20 through that date in order to afford counsel reasonable time to prepare.
21 Based on the parties' representations, the Court finds that the ends of
22 justice served by granting a continuance outweigh the best interests of
23 the public and the defendant in a speedy trial.
24      IT IS SO ORDERED.
25

26 Dated: April 5, 2013
27
                                     _____
28                                   WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE

Stip. & Order                     -2-