BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:06-cr-0264 WBS |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT AND |
| v. | [~~PROPOSED~~] ORDER |
| ADRIAN REYNOSO, | [FED. R. CRIM. P. 48(a)] |
| Defendant, | |

The United States of America, by and through its attorney of record, Assistant United States Attorney Jason Hitt, hereby moves for an order dismissing the Indictment against defendant Adrian REYNOSO pursuant to Federal Rule of Criminal Procedure 48(a). This motion is made in the interests of justice. After careful review of evidentiary issues raised by the defense, including a possible legal defense to the charges, and consideration of the defendant's exemplary conduct during six years on pretrial release, including keeping gainful employment and caring for his longtime

///
///

1

girlfriend who has been very ill, the undersigned respectfully requests that the Court enter an Order dismissing the pending Indictment against the defendant in the interests of justice pursuant to Rule 48(a).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: May 9, 2013        By: /s/Jason Hitt
                          JASON HITT
                          Assistant U.S. Attorney

**O R D E R**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that:

The Indictment against defendant Adrian REYNOSO is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a).

DATED:  May 8, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE