```
HEATHER E. WILLIAMS, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ADRIAN REYNOSO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-CR-0264 WBS |
| Plaintiff, | **STIPULATION AND ORDER EXONERATING BOND AND DIRECTING RECONVEYANCE** |
| v. | |
| ADRIAN REYNOSO, | |
| Defendant. | Judge:  Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Adrian Reynoso, that the $200,000 property bond posted to secure Mr. Reynoso's pretrial release may be ordered exonerated and that the Clerk of the Court shall reconvey the real property securing the bond to the surety.

On June 20, 2006, the Court ordered Mr. Reynoso released on a $200,000 property bond. The bond was posted on June 26, 2006 (docket item 9) and remains in place. The District Court dismissed the underlying indictment on May 9, 2013, upon motion of the United States.

1  The case having been dismissed, the parties agree that the bond should be
2  exonerated and the property securing it reconveyed to the surety.

                                    Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

Dated:  May 13, 2013                /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for ADRIAN REYNOSO

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated:  May 13, 2013                /s/ T. Zindel for J. Hitt
                                    JASON HITT
                                    Assistant U.S. Attorney

# O R D E R

The property bond posted to secure Mr. Reynoso's release is hereby exonerated.  The Clerk shall reconvey the property forthwith.

IT IS SO ORDERED.

Dated: May 13, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stip. & Order exonerating bond        -2-